No. 63167.—John H. Faunce, Philadelphia, Inc. *v.* United States, protest 59/6794 (Philadelphia).

Opinion by RICHARDSON, J.   In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63168.—D'Italia Sportswear, Ltd. *v.* United States, protest 58/19315 (New York).

Opinion by RICHARDSON, J.   In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

BEFORE THE FIRST DIVISION, JUNE 11, 1959

No. 63169.—King Shipping Company *v.* United States, protest 58/18485 (New York).

Opinion by WILSON, J.   The protest was dismissed.

BEFORE THE FIRST DIVISION, JUNE 15, 1959

No. 63170.—Sonotone Corporation *v.* United States, protests 58/18653, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of "articles composed wholly or in chief value of synthetic material of gem stone quality such as spinel," the claim of the plaintiff was sustained.